UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JOSE MERCADO-GALLART,**

**Plaintiff,**

**v.**                                                                           **Case No:  6:15-cv-1675-Orl-41TBS**

**GARDA CL SOUTHEAST, INC.,**

**Defendant.**
_____/

## ORDER

THIS CAUSE is before the Court on the parties' Joint Motion to Approve FLSA Settlement and Dismissal With Prejudice (Doc. 9). United States Magistrate Judge Thomas B. Smith issued a Report and Recommendation (Doc. 12), which recommends that the parties' motion be granted, that the settlement be approved, and that this case be closed.

After an independent *de novo* review of the record and noting that no objections were timely filed, this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 12) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion to Approve FLSA Settlement and Dismissal With Prejudice (Doc. 9) is **GRANTED**; the parties' agreement is **APPROVED**; and this case is **DISMISSED with prejudice**.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on February 11, 2016.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record